AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**
JUL 31 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          **WAIVER OF INDICTMENT**

v.

RICARDO CASTORENA-GARCIA          CASE NUMBER: 08cr2533-LAB

I, __RICARDO CASTORENA-GARCIA__, the above named defendant, who is accused of committing the following offense:

>  Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/31/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer